UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| VANESSA THOMAS INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | CASE NO.:  6:20-CV-718-ORL-40GK |
| Plaintiff, | JURY TRIAL DEMANDED |
| vs. | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| DISPOSALL, INC., | |
| Defendant.         / | |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AUSTIN WINTERS ANDERSON, ESQ., AND WILLIAM CLIFTON ALEXANDER, ESQ., AS COUNSEL FOR PLAINTIFF AND INCOPORATED MEMORANDUM OF LAW**

Plaintiff, VANESSA THOMAS, hereby files this Unopposed Motion to withdraw Austin Winters Anderson, Esquire and William Clifton Alexander, Esquire as counsel of record in this matter and would further state:

1.   Pursuant to Local Rule 2.03(b), Plaintiff was notified of the intention of Austin Winters Anderson, Esquire and William Clifton Alexander, Esquire, to withdraw as counsel of record for Plaintiff in this matter.  More than ten (10) days has passed since Plaintiff was consulted and Plaintiff does not object to their withdrawal.

2.   The undersigned, C. Ryan Morgan, Esquire, will remain counsel of record in this matter and be responsible for prosecution of Plaintiff's claims.

1

Plaintiff will still be represented by counsel even after the withdrawal of Mr. Anderson and Mr. Alexander. Defendant will not be prejudiced either by the granting of this Motion since counsel for Plaintiff will remain and this matter is at the beginning stages of the lawsuit.

### 3.01(g) Certification

Counsel for Plaintiff has conferred with Counsel for Defendant regarding this Motion and Defendant does not object to the relief requested.

WHEREFORE, Plaintiff respectfully requests this Court grant the Motion and withdraw Austin Winters Anderson, Esquire and William Clifton Alexander, Esquire, as counsel of record.

Dated this 5th day of June, 2020.

                                                 **/s/ C. RYAN MORGAN**
                                                 C. Ryan Morgan, Esquire
                                                 FBN 0015527
                                                 Morgan & Morgan, P.A.
                                                 20 N. Orange Avenue
                                                 Suite 1600
                                                 Orlando, FL 32801
                                                 Telephone: (407) 420-1414
                                                 Facsimile: (407) 245-3401
                                                 Email: RMorgan@forthepeople.com
                                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing using the CM/ECF filing system, which I understand will send a notice of electronic filing to all counsel of record, this 5th day of June 2020.

/s/ C. RYAN MORGAN
C. Ryan Morgan